UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 OCT -8 PM 3:21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>   vs.<br><br>CARLOS GUADALUPE BELTRAN,<br><br>                        Defendant. | CASE NO. **2009CR2109-JLS**<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__   the Court has dismissed the case for unnecessary delay; or

__   the Court has granted the motion of the Government for dismissal; or

__   the Court has granted the motion of the defendant for a judgment of acquittal; or

__   a jury has been waived, and the Court has found the defendant not guilty; or

__   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) of the Indictment/Information: <u>21 USC §§846, 841(a)(1) - Conspiracy to distribute heroin; 21 USC §853 Criminal Forfeiture.</u>

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: October 8, 2010

                                               JANIS L. SAMMARTINO
                                               UNITED STATES DISTRICT JUDGE